UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DONNA REYNOLDS,**       CASE NO.   3:13-cv-033

   Plaintiff,       Judge Timothy S. Black

**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and this case is **CLOSED** on the docket of this Court.

Date: November 25, 2013       **JOHN P. HEHMAN, CLERK**

                By: *s/ M. Rogers*
                Deputy Clerk